```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 05733
   HENRY WEBSTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9334

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/21/2005 and was confirmed 04/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
THE CIT GROUP/CONSUMER F CURRENT MORTG    28767.20           .00       28767.20
THE CIT GROUP/CONSUMER F MORTGAGE ARRE     4633.81           .00        4633.81
SEAWAY NATIONAL BANK     CURRENT MORTG     5351.20           .00        5351.20
SEAWAY NATIONAL BANK     MORTGAGE ARRE     1250.00           .00        1250.00
ARROW FINANCIAL SERVICES UNSEC W/INTER   NOT FILED           .00             .00
ARROW FINANCIAL SERVICES UNSEC W/INTER      620.61         83.88         620.61
JOHN D IOAKIMIDIS        DEBTOR ATTY      1,900.00                     1,900.00
TOM VAUGHN               TRUSTEE                                       2,642.80
DEBTOR REFUND            REFUND                                        2,894.91

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 48,144.41

PRIORITY                                              .00
SECURED                                         40,002.21
UNSECURED                                          620.61
    INTEREST                                        83.88
ADMINISTRATIVE                                   1,900.00
TRUSTEE COMPENSATION                             2,642.80
DEBTOR REFUND                                    2,894.91
                        --------------          --------------
TOTALS                  48,144.41               48,144.41



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 05733 HENRY WEBSTER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE